## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN PRZYBYLA | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-761 |
| | ) | |
| v. | ) | Judge Robert C. Mitchell |
| | ) | |
| BILL DIXON TV, INC., | ) | Electronically Filed |
| | ) | |
| Defendant. | ) | |

## ORDER

**AND NOW**, upon review of Plaintiff's Motion to Enter Judgment, it is hereby

**ORDERED** Judgment is entered against Defendant in the amount of $3,000.00.  This Court

retains jurisdiction over any issue arising with respect to timely payment and satisfaction of this

Judgment.

Dated: _Feb. 26 2009_

_Robert C. Mitchell_

Robert C. Mitchell, J.