IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN PRZYBYLA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs | ) | Civil Action No. 08-761 |
| BILL DIXON TV, INC., | ) | |
|     Defendant. | ) | |

## O R D E R

AND NOW this 24th day of June, 2010, the Court having been advised by counsel for the parties that there is no further action required by the Court at this time,

IT IS HEREBY ORDERED that the Clerk mark the above-captioned case closed; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and, that should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if the Order had not been entered.

        s/Robert C. Mitchell
        Robert C. Mitchell
        UNITED STATES MAGISTRATE JUDGE

cc:    All counsel of record